In the Matter of the Claim of EDWIN J. ROGERS, Respondent, v. SCINTILLA DIVISION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.-

Present —
Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.